UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK M. WRIGHT,<br><br>Petitioner<br><br>v.<br><br>LEANNA LUNDY, *Warden*,<br><br>Respondent. | Case No. 2:24-cv-08047-JLS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas petition filed by Petitioner [Dkt. 1, "Petition"], all relevant documents filed and lodged in this action including Respondent's motion to dismiss the Petition [Dkt. 9-10], and the related briefing [Dkts. 14, 17, 19-20], the amended Report and Recommendation of United States Magistrate Judge [Dkt. 24, "Report"], and Petitioner's Objections to the Report [Dkt. 30]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

  Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: the

1  Motion is GRANTED; and Judgment shall be entered dismissing this action with
2  prejudice.
3
4  DATE:  August 3, 2025           _____
5                                  JOSEPHINE L. STATON
                                   UNITED STATES DISTRICT JUDGE

2