JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK M. WRIGHT,<br>Petitioner<br>v.<br>LEANNA LUNDY, *Warden*,<br>Respondent. | Case No. 2:24-cv-08047-JLS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: August 3, 2025

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE